TUCKER ELLIS LLP
David J. Steele – SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll – SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen – SBN 246364
steven.lauridsen@tuckerellis.com
Dina Roumiantseva – SBN 300576
dina.roumiantseva@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone: (213) 430-3400
Facsimile: (213) 430-3409

Attorneys for Plaintiffs
Coachella Music Festival, LLC and
Goldenvoice, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| COACHELLA MUSIC FESTIVAL, LLC and GOLDENVOICE, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>AFROCHELLA LIMITED; BBNZ LIVE LIMITED; CULTURE MANAGEMENT GROUP LIMITED; and DOES 1-20,<br><br>    Defendants. | Case No.: 2:22-cv-07275-JAK (Ex)<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>DATE: December 12, 2022<br>TIME: 8:30 a.m.<br>CTRM: 10B – First Street<br><br>Hon. John A. Kronstadt |
|---|---|

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on December 12, 2022 at 8:30 a.m., or as soon thereafter as this matter may be heard before the Honorable John A. Kronstadt, in Courtroom 10B of this Court located at 350 West 1st Street, Los Angeles, California, Plaintiffs Coachella Music Festival, LLC ("CMF") and Goldenvoice, LLC (collectively with CMF, "Plaintiffs") will move, and hereby do move, for an order granting a preliminary injunction against Defendants.

In particular, Plaintiffs move pursuant to Rule 65 of the Federal Rules of Civil Procedure for an order preliminarily enjoining Defendants, and their officers, agents, servants, employees, and attorneys, as well as all other persons who are in active concert and participation with any of them and who receive actual notice of the Court's order, as following:

Defendants, and their officers, agents, servants, employees, and attorneys, as well as all other persons who are in active concert and participation with any of them and who receive notice of the Court's order, are enjoined from:

1. Using, marketing, advertising, applying to register, or promoting in the United States the trademark or service mark AFROCHELLA, or any similar designation, on or in connection with entertainment services, event promotion, apparel sales, and travel and tourism package sales, or any related goods or services, or as a domain name (including but not limited to afrochella.com), online account name, display name, URL, URI, web page title, online campaign; or social media account name;

2. Using, marketing, advertising, applying to register, or promoting in the United States the trademark or service mark similar to Plaintiffs' CHELLA, COACHELLA, COACHELLA (stylized), and COACHELLA VALLEY MUSIC AND ARTS FESTIVAL trademarks and service marks on or in connection with entertainment services, event promotion, apparel sales, and travel and tourism package sales, or any related goods or services, or as a domain name (including but not limited to afrochella.com), online account name, display name, social media account name, URL, URI, web page title, or online

TUCKER ELLIS LLP
Chicago ♦ Cleveland ♦ Columbus ♦ Los Angeles ♦ San Francisco ♦ St. Louis

campaign; or

    3.    Assisting, aiding, or abetting any other person or entity in engaging in or performing any of the activities recited in Paragraphs 1-2, above.

The grounds for this motion are that Defendants have been unlawfully using Plaintiffs' well-known COACHELLA and CHELLA trademarks and service marks, as well as confusingly similar designations thereto, such as AFROCHELLA, despite repeated requests to cease and desist, to promote and/or produce music events, sell merchandise, including apparel, and promote and sell travel and tourism packages to an infringing festival in Ghana, Africa, which is scheduled to take place December 28-29, 2022, thus warranting immediate injunctive relief.

This motion is based on this notice of motion and motion, the accompanying memorandum of points and authorities; the Declaration of Jason Bernstein; the record in this matter; and such other and further papers, evidence, and arguments as may be submitted in connection with this motion.

Pursuant to Local Civil Rule 7-3, no conference of counsel is necessary because Plaintiffs are moving for a preliminary injunction; however, Plaintiffs recently gave notice of this motion via an ex parte application for leave to serve by email, which Plaintiffs served on Defendants the same day as the filing of this motion. Pursuant to Local Civil Rule 65-1, Plaintiffs also state that they are providing further notice of this motion by email, with courtesy copies of all papers being filed, pending the Court's ruling on the ex parte application for leave to serve by email.

DATED: October 25, 2022        Tucker Ellis LLP

By:   /s/ David J. Steele
       David J. Steele

*Attorneys for Plaintiffs*
*Coachella Music Festival, LLC and*
*Goldenvoice, LLC*