TUCKER ELLIS LLP
David J. Steele – SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll – SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen – SBN 246364
steven.lauridsen@tuckerellis.com
Dina Roumiantseva – SBN 300576
dina.roumiantseva@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone: (213) 430-3400
Facsimile: (213) 430-3409

Attorneys for Plaintiffs
Coachella Music Festival, LLC and
Goldenvoice, LLC

STEPTOE & JOHNSON LLP
Robyn Crowther (State Bar No. 193840)
rcrowther@steptoe.com
Melanie A. Ayerh (State Bar No. 303211)
mayerh@steptoe.com
Tahir L. Boykins (State Bar No. 323441)
tboykins@steptoe.com
633 West Fifth Street, Suite 1900
Los Angeles, California 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

Attorneys for Defendants
AFROCHELLA LIMITED, BBNZ LIVE LIMITED,
and CULTURE MANAGEMENT GROUP LIMITED

[*Additional Defense Counsel Listed on Following Page*]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| COACHELLA MUSIC FESTIVAL, LLC and GOLDENVOICE, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AFROCHELLA LIMITED; BBNZ LIVE LIMITED; CULTURE MANAGEMENT GROUP LIMITED; and DOES 1-20,<br><br>Defendants. | Case No.: 2:22-cv-07275-JAK (Ex)<br><br>**NOTICE OF SETTLEMENT**<br><br>Hon. John A. Kronstadt |

STEPTOE & JOHNSON LLP
Michael J. Allan (*Pro Hac Vice* Forthcoming)
mallan@steptoe.com
1330 Connecticut Avenue, NW
Washington, D.C. 20036
Telephone: 202-429-6749
Facsimile: 202-429-3902

Attorneys for Defendants
AFROCHELLA LIMITED, BBNZ LIVE LIMITED,
and CULTURE MANAGEMENT GROUP LIMITED

1

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the parties in this matter have reached a settlement in principle in this action and are preparing a final written settlement agreement. The parties anticipate filing a stipulated notice of dismissal of all claims with prejudice within thirty days of the date of this notice.

Due to the settlement in principle, the parties respectfully request that the Court deem Plaintiffs' Motion for Preliminary Injunction (ECF No. 15) withdrawn by Plaintiffs without prejudice and that the Court take the December 19, 2022 hearing on the motion off calendar. The parties further request the Court stay this action pending the parties finalizing a written, long-form settlement agreement.

DATED: December 15, 2022                Tucker Ellis LLP


                                        By:  /s/Steven E. Lauridsen
                                             Steven E. Lauridsen

                                        *Attorneys for Plaintiffs*
                                        *Coachella Music Festival, LLC and*
                                        *Goldenvoice, LLC*

DATED: December 15, 2022                Steptoe & Johnson LLP


                                        By:  /s/Tahir L. Boykins
                                             Tahir L. Boykins

                                        *Attorneys for Defendants*
                                        AFROCHELLA LIMITED, BBNZ
                                        LIVE LIMITED, and CULTURE
                                        MANAGEMENT GROUP LIMITED

## **ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2), the filing party attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

                                          /s/Steven E. Lauridsen